JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01693-DOC-ADSDate: August 9, 2023

Title: JOHNSON NGUYEN ET AL V. COUNTY OF ORANGE ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

On June 8, 2023, the Court granted Defendant's Motion to Dismiss and granted Plaintiffs leave to file an amended complaint within 30 days (Dkt. 32). Because Plaintiffs have not filed an amended complaint within the allowed deadline, the Court dismisses this action for failure to prosecute.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11Initials of Deputy Clerk: kdu

CIVIL-GEN