**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT COURT OF CALIFORNIA**

| | |
|---|---|
| JOHNSON NGUYEN, individually, and as successor in interest to Decedent THIEN NGUYEN, XUAN KIM TRAN, individually, and as successor in interest to Decedent THIEN NGUYEN, and NAHN THANH NGUYEN, individually,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF ORANGE; DAVID LEATHERS; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 8:22-cv-01693-DOC (ADSx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FED. R. CIV. PROC. 41(a)(1)) [70]** |

1

# ORDER

Pursuant to the Stipulation for Dismissal of Entire Action with Prejudice (<u>Fed. R. Civ. Proc.</u> 41(a)(1)) by and between Plaintiffs JOHNSON NGUYEN and XUAN KIM TRAN, as individuals and as the Successors In Interest to Decedent THIEN NGUYEN, NAHN THANH NGUYEN, individually (collectively "Plaintiffs"), and Defendants COUNTY OF ORANGE and DAVID LEATHERS (collectively "Defendants"), and good cause appearing, the Court approves the parties' Stipulation and orders as follows:

Each, every, and all Causes of Action in Plaintiffs' operative First Amended Complaint (Dkt. 14) asserted against Defendants are dismissed in their entirety and with prejudice.

**IT IS SO ORDERED**.

DATED: May 30, 2024

*/s/ David O. Carter*

**HON. DAVID O. CARTER**
United States District Judge